Mr. Justice Heard delivered the opinion of the court.

---

Raymond S. Frost, administrator, appellee, v. Rockford & Interurban Railway Company, appellant. Gen. No. 6,731.

Action to recover for death in consequence of a collision between an automobile and an interurban car running at unlawful speed. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago

county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

Fisher, North, Welsh & Linscott, for appellant. Roy F. Hall and J. E. Goembel, for appellee.

Mr. Justice Heard delivered the opinion of the court.